| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414)<br>JESSICA A. DAYTON (State Bar No. 231698) |
| 2 | THOMAS E. FRANKOVICH,<br>*A Professional Law Corporation* |
| 3 | 2806 Van Ness Avenue<br>San Francisco, CA 94109 |
| 4 | Telephone:   415/674-8600<br>Facsimile:    415/674-9900 |

Attorneys for Plaintiffs
PATRICK CONNALLY
and DISABILITY RIGHTS,
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FRANK'S FREEZE; RONALD V. CAVIGLIA, as trustee of the RONALD & NANCI CAVIGLIA 2003 REVOCABLE TRUST; and MYUNG SHIN KIM and HYE SEO KIM, a married partnership dba FRANK'S FREEZE,<br><br>　　　　Defendants. | CASE NO. C05-2239 JCS<br><br>**EX PARTE REQUEST AND [~~PROPOSED~~] ORDER CONTINUING SCHEDULING CONFERENCE** |

Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES hereby submit this ex parte request to continue the upcoming Scheduling Conference currently scheduled for July 22, 2005 for the following reasons:

1. Plaintiffs have served defendants Myung Shin Kim and Hye Seo Kim and filed the Return of Service on June 29, 2005;

EX PARTE REQUEST AND [~~PROPOSED~~] ORDER CONTINUING SCHEDULING CONFERENCE　　　　1

2. To date plaintiffs have been unable to serve defendant Ronald V. Caviglia despite considerable efforts and multiple attempts to do so. Plaintiffs believe they have an accurate address for this defendant and will continue to attempt service.

3. Plaintiffs have learned that defendants Myung Shin Kim and Hye Seo Kim do not speak English and are currently unable to participate in filing a Joint Case Management Statement. As such, the plaintiffs wish to postpone the upcoming conference so that all parties may participate.

For the aforementioned reasons, plaintiffs respectfully request that the scheduling conference currently on calender for July 22, 2005 be VACATED and CONTINUED to September 30, 2005.

Dated: July 12, 2005

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: ____/s/____
Jessica A. Dayton
Attorneys for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION SERVICES

## **ORDER**

The Scheduling Conference currently on calender for July 22, 2005 is hereby VACATED and CONTINUED until September 30, 2005.

IT IS SO ORDERED.

Dated: _____July 12__, 2005

/s/ Joseph C. Spero
Magistrate Judge Joseph C. Spero
UNITED STATES MAGISTRATE JUDGE

EX PARTE REQUEST AND [~~PROPOSED~~] ORDER CONTINUING SCHEDULING CONFERENCE    2