LAW OFFICES OF
**GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL P.C.**

1  JOHN A. HOLDREDGE, ESQ., SBN 150061
   GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
2  37 Old Courthouse Square, Fourth Floor
   Santa Rosa, CA 95404
3  Telephone: (707) 545-1660
   Facsimile: (707) 545-1876
4
   Attorneys for Defendants
5  MATTHEW CAVIGLIA, AS TRUSTEE
   OF THE RONALD & NANCI CAVIGLIA
6  2003 REVOCABLE TRUST

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | PATRICK CONNALLY, an individual; and           | Case No. C05-2239 JCS
   | DISABILITY RIGHTS ENFORCEMENT,
12 | EDUCATION, SERVICES: HELPING                   | **JOINT CASE MANAGEMENT STATEMENT**
   | YOU HELP OTHERS, a California public
13 | benefit corporation,
   |                                                | DATE: 4/28/06
14 |       Plaintiff,                               | TIME: 9:30 a.m.
   |                                                | DEPT.: 8
15 | vs.

16 | FRANK'S FREEZE; MATTHEW
   | CAVIGLIA, as trustee of the RONALD &
17 | NANCY CAVIGLIA 2003 REVOCABLE
   | TRUST; and MYUNG SHIN KIM and HYE
18 | SEO KIM, a married partnership dba
   | FRANK'S FREEZE,
19 |
   |       Defendants.
20 | _____/

21      The parties hereto submit the following Joint Case Management Statement as follows:

22      The co-defendants are working out the terms of a "side deal" which addresses
23 responsibility for the repairs and related issues. The landlord responded to the tenant's draft
24 proposal on Friday April 21, 2006. The parties anticipate that the agreement will be finalized, if
25 it is to be finalized, within fourteen (14) days from that date. It is requested the court grant a
26
27                                                                                      Page 1
28                         JOINT CASE MANAGEMENT STATEMENT

final continuance of this matter for settlement documents for an additional two weeks until May 12, 2006.

Dated: April ___, 2006          GEARY, SHEA, O'DONNELL, GRATTAN
                                & MITCHELL, P.C.

                                By:_____
                                   JOHN A. HOLDREDGE
                                   Attorneys for Defendants
                                   MATTHEW CAVIGLIA, AS TRUSTEE
                                   OF THE RONALD & NANCI CAVIGLIA
                                   2003 REVOCABLE TRUST

Dated: April ___, 2006          BORTON PETRINI & CONRON

                                By: _____
                                    KELLY REID
                                    Attorneys for Defendants
                                    MATTHEW CAVIGLIA, AS TRUSTEE
                                    OF THE RONALD & NANCI CAVIGLIA
                                    2003 REVOCABLE TRUST

Dated: April ___, 2006          THOMAS E. FRANKOVICH, A
                                PROFESSIONAL LAW CORPORATION

                                By:_____
                                   JENNIFER L. STENEBERG
                                   Attorneys for Plaintiffs
                                   PATRICK CONNALLY AND DISABILITY
                                   RIGHTS ENFORCEMENT, EDUCATION,
                                   SERVICES: HELPING YOU HELP OTHERS

Dated: April ___, 2006          BEYERS COSTIN

                                By: _____
                                    STEPHEN PERRY
                                    Attorneys for Defendants
                                    MYUNG SHIN KIM and HYE SEO KIM

Dated: April 27, 2006

*IT IS SO ORDERED*
[signature]
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 2

JOINT CASE MANAGEMENT STATEMENT

LAW OFFICES OF
**GEARY,
SHEA,
O'DONNELL,
GRATTAN &
MITCHELL
P.C.**

PROOF OF SERVICE

I am employed in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Geary, Shea, O'Donnell & Grattan, P.C., 37 Old Courthouse Square, Fourth Floor, Santa Rosa, CA 95404.

On April 26, 2006, I served the attached:

**JOINT CASE MANAGEMENT STATEMENT**

on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Jennifer L. Steneberg, Esq.<br>Thomas E. Frankovich, A Professional Law Corporation<br>2806 Van Ness Avenue<br>San Francisco, CA 94109 | Attorneys for Plaintiffs Patrick Connally and Disability Rights Enforcement, Education, Services: Helping You Help Others |
| Stephen Duane Perry, Esq.<br>Beyers Costin<br>200 Fourth Street, Suite 400<br>P. O. Box 878<br>Santa Rosa, CA 95402-0878 | Attorneys for Defendants Myung Shin Kim and Hye Seo Kim |
| Kelley Reid, Esq.<br>Borton Petrini & Conron<br>463 Pacific Avenue<br>San Francisco CA 94133-4614 | Attorneys for Defendants Matthew Caviglia, as Trustee of The Ronald & Nanci Caviglia 2003 Revocable Trust |

/X/ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of Geary, Shea, O'Donnell & Grattan for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

/_/ (BY OVERNIGHT DELIVERY, PURSUANT TO CCP §1013(c)) I placed such sealed envelope for collection and mailing by overnight delivery at Santa Rosa, California, within the ordinary business practices of Geary, Shea, O'Donnell & Grattan. I am readily familiar with the practices of Geary, Shea, O'Donnell & Grattan for processing overnight correspondence, said practice being that in the ordinary course of business, correspondence is either picked up by or delivered to the delivery company the same day as it is placed for processing.

//

Page -1-

1  /__/ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) noted above.

3  /_/ (BY FACSIMILE) I caused the said document to be transmitted pursuant to Rule 2008, by Facsimile machine (which complies with Rule 2003(3)) to the number indicated after the address(es) noted above. The transmission was reported as complete and without error.

       I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. This Proof of Service was executed on April 26, 2006, at Santa Rosa, California.

                                          Susan Jacoby

Caviglia #19140-001

Page -2-