

# LAW OFFICES OF
## GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

William E. Geary
Patrick G. Grattan
Steven C. Mitchell
John F. Geary
John A. Holdredge
Michael T. Carlson
Leo R. Bartolotta
Raymond J. Fullerton, Jr.
Charles W. Applegate
Stacy E. Rafanelli

Of Counsel
Max A. Mickelsen

May 11, 2006

Writer's email: jholdredge@gsoglaw.com

Magistrate Judge Joseph C. Spero
United States District Court
Courtroom A
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re: Connally v. Frank's Freeze, Caviglia, et al.
USDC Case No. C05-2239 JCS
CMC on 5/12/06 at 1:30 P.M.

Dear Judge Spero:

On May 4, 2006 I forwarded to plaintiff's counsel what I anticipate will be the final draft of a Side Agreement between the defendants regarding allocation of costs to make the subject property ADA compliant.

As of the dictation of this letter I have not heard back from him although I do understand there is a language barrier which impedes his communications with his clients. I still expect this Agreement to be finalized shortly and therefore request that I be allowed to appear via telephone at tomorrow's Case Management Conference, unless the court is inclined to grant one final continuance. Thank you for your consideration.

Very truly yours,

*[signature] FOR*

John A. Holdredge, Esq.

Dated: 5/11/06

JAH:lm
cc: Jennifer L. Steneberg, Esq.
    Stephen Duane Perry, Esq
    Kelley Reid, Esq.

WWW.GSOGLAW.COM    37 OLD COURTHOUSE SQUARE, FOURTH FLOOR • SANTA ROSA, CA 95404-4929
TEL: 707.545.1660 • FAX: 707.545.1876

PETALUMA OFFICE • 100 FOURTH STREET • PETALUMA, CA 94952
TEL: 707.766.6812 • FAX: 707.762.3622



GRANTED — Judge Joseph C. Spero — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Counsel to remain on standby on 5/12/06 at 1:30 p.m. to await call from the court.