THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs PATRICK CONNALLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK CONNALLY, an individual; and )
DISABILITY RIGHTS, ENFORCEMENT, )
EDUCATION, SERVICES:HELPING YOU )
HELP OTHERS, a California public benefit )
corporation, )
)
    Plaintiffs, )
)
v. )
)
FRANK'S FREEZE; MATTHEW )
CAVIGLIA, as trustee of the RONALD & )
NANCI CAVIGLIA 2003 REVOCABLE )
TRUST; and MYUNG SHIN KIM and HYE )
SEO KIM, a married partnership dba )
FRANK'S FREEZE, )
)
    Defendants. )
_____)

**CASE NO. C05-2239 JCS**

**CONSENT DECREE**

**WHEREAS**, plaintiffs Patrick Connally and Disability Rights Enforcement, Education Services ("DREES") have filed an action in the United States District Court, Northern District of California, alleging claims for injunctive relief and damages under the Americans with Disabilities Act of 1990 ("ADA")(42 U.S.C. §12101, *et seq.*), California Health & Safety Code Sections 19955, *et seq.*, and California Civil Code Sections 51, 51.5 and 54, *et seq.*, arising out of plaintiff Patrick Connally's visit to the public accommodation known as Frank's Freeze in Cotati, California, on January 27, 2005; and

CONSENT DECREE                                                                 1

WHEREAS, defendant Matthew Caviglia, as trustee of the Ronald & Nanci Caviglia 2003 Revocable Trust, owns the real property located at 7764 Old Redwood Hwy., Cotati, California, known as Frank's Freeze; and

WHEREAS, defendants Myung Shin Kim and Hye Seo Kim, a married partnership dba Frank's Freeze, operate the business known as Frank's Freeze; and

WHEREAS, plaintiffs Patrick Connally and DREES and defendants Matthew Caviglia, Myung Shin Kim and Hye Seo Kim, have agreed upon a settlement pursuant to which defendants will perform certain remedial improvements at the premises known as Frank's Freeze; and

WHEREAS, plaintiffs Patrick Connally and DREES and defendants Matthew Caviglia, Myung Shin Kim and Hye Seo Kim agree that the settlement of this claim is made in good faith and in an effort to avoid expensive and protracted litigation, but without any admission or finding of liability or fault as to any allegation or matter;

NOW, THEREFORE, it is ORDERED, ADJUDGED AND DECREED as follows:

## I. JURISDICTION

A. The Court has jurisdiction over the subject matter of and the parties to this Consent Decree pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §122101, *et seq.*

B. Defendants Matthew Caviglia, Myung Shin Kim and Hye Seo Kim do not contest and agree not to contest the Court's jurisdiction to enter into and enforce this Consent Decree.

## II. DENIAL OF LIABILITY

Defendants Matthew Caviglia, Myung Shin Kim and Hye Seo Kim deny any and all legal or equitable liability under any federal, state or local statute, regulation or ordinance, or the common law, for any damages or claims caused by or arising out of the of conditions of the premises known as Frank's Freeze. By entering into this Consent Decree, or by taking any action in accordance with it, defendants Matthew Caviglia, Myung Shin Kim and Hye Seo Kim do not admit any allegations contained herein or in the complaint, nor do defendants

admit any liability for any purpose or admit any issue of law or fact or any responsibility for the alleged noncompliance of the subject premises with the ADA, the Americans with Disabilities Act Accessibility Guidelines ("ADAAG"), Title 24 of the California Building Standards Code, or any other state or federal statute or regulation.

### III. PURPOSE

The purpose of this Consent Decree is to resolve amicably the existing dispute between the parties hereto as to whether remedial improvements at the subject premises are necessary to provide access to persons with disabilities and to settle the claims asserted against defendants in the complaint filed in this matter.

### IV. BINDING EFFECT

A. The undersigned plaintiffs certify that they are fully authorized to enter into the terms and conditions of this Decree and that they have not assigned, transferred or purported to assign or transfer, to any person or entity any claim or other matter which is the subject of this Decree.

B. The undersigned defendants Myung Shin Kim and Hye Seo Kim certify that they are fully authorized to enter into the terms and conditions of this Decree and that they are fully authorized to execute this document and legally bind themselves to the provisions of this Decree.

C. The undersigned defendant Matthew Caviglia, as trustee of the Ronald & Nanci Caviglia 2003 Revocable Trust, certifies that he is fully authorized to enter into the terms and conditions of this Decree and that he is fully authorized to execute this document and legally bind the Ronald & Nanci Caviglia 2003 Revocable Trust to the provisions of this Decree.

### V. WORK TO BE PERFORMED

A. In general, defendants Matthew Caviglia, as trustee of the Ronald & Nanci Caviglia 2003 Revocable Trust, and Myung Shin Kim and Hye Seo Kim, dba Frank's Freeze, shall make the premises known as Frank's Freeze accessible to persons with disabilities in accordance with ADAAG or Title 24 of the California Code of Regulations, whichever is more restrictive. Specifically, defendants Matthew Caviglia, as trustee of the Ronald & Nanci

Caviglia 2003 Revocable Trust, and Myung Shin Kim and Hye Seo Kim, dba Frank's Freeze shall undertake the following remedial measures, which constitute the removal of architectural barriers as referred to in the ADA and ADAAG, to persons with disabilities, including:

1. Provision of one van accessible designated disabled parking space, complete with all required signage and pavement markings;

2. Provision of an sign bearing the International Symbol of Accessibility ("ISA") at the rear entrance;

3. Conversion of the existing men's and women's restrooms to a single accessible unisex toilet room which shall include:

   a. an entrance door with a minimum of 32" clear width and fully-accessible (levered) opening hardware;

   b. a raised toilet seat which measures a between 17"-19" from the floor;

   c. grab bars to the rear and side of the toilet;

   d. an accessible sink which complies with all height and knee-clearance requirements, and which is equipped with levered faucet hardware and insulated hot water and drain pipes;

   e. paper towel and toilet seat cover dispensers which are mounted so that all operable parts are no higher than 40" and are unobstructed by other fixtures, i.e. the sink or toilet.

B. The work to be performed pursuant to this Consent decree shall be completed within twelve (12) months of the signing of this Decree. However, if the work to be performed cannot be completed within twelve (12) months despite the good faith efforts of defendants, the time for completion will be extended in six (6) month intervals upon a showing of good cause.

C. The remedial work set forth herein is determined by the Court to be that work which is "readily achievable" under the standards established by the Americans with

Disabilities Act of 1990, and accordingly, the Unruh Civil Rights Act and the California Disabled Persons Act.

D. In further keeping with State law, defendants Myung Shin Kim and Hye Seo Kim, dba Frank's Freeze shall ensure that the number of employees on duty at Frank's Freeze at any given time shall not exceed four (4).

## VI. MONETARY PAYMENT

A. In full and complete settlement of plaintiffs' claims against defendants, it is further agreed that defendants Matthew Caviglia, as trustee of the Ronald & Nanci Caviglia 2003 Revocable Trust, and Myung Shin Kim and Hye Seo Kim, dba Frank's Freeze, shall pay to plaintiffs the sum of Twenty Thousand Dollars ($20,000) in resolution of all claims, demands, damages, losses of any kind, liabilities, bodily injury, emotional distress, actions and causes of action of every kind and nature, including attorneys' fees, costs and litigation expenses.

B. Payment of the above amounts shall be made within ten (10) days of the date that the Court signs and serves this Consent Decree.

## VII. MODIFICATION

There shall be no modification of this Consent Decree without written approval of both parties hereto.

## VIII. EFFECTIVE DATE

This Consent Decree is effective upon the date of its entry by the Court.

## IX. CONTINUING JURISDICTION

The Court specifically retains jurisdiction over both the subject matter of and the parties to this action for the duration of this Consent Decree for the purpose of issuing such further orders or directions as may be necessary or appropriate to construe, implement, modify, enforce, terminate, or reinstate the terms of this Consent Decree, including but not limited to attorneys' fees, costs and litigation expenses incurred in enforcing this Agreement, or for any further relief as the interest of justice may require.

///

///

# X. TERMINATION AND SATISFACTION

A. Upon defendants completion of the work to be performed, as specified, pursuant to this Consent Decree, the Court's jurisdiction of this matter shall terminate unless the parties show good cause for the continuance of this Consent Decree.

The undersigned hereby consent to the foregoing Consent Decree.

Dated: April 26, 2006

Plaintiff Patrick Connally, individually and as President of Plaintiff Disability Rights Enforcement, Education Services

Dated: _____, 2006

Defendant Matthew Caviglia, as trustee of the Ronald & Nanci Caviglia 2003 Revocable Trust

Dated: _____, 2006

Myung Shin Kim

Dated: _____, 2006

Hye Seo Kim

**APPROVED AS TO FORM:**

Dated: April 26, 2006

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____
Jennifer L. Steneberg
Attorney for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

///

## X. TERMINATION AND SATISFACTION

A. Upon defendants completion of the work to be performed, as specified, pursuant to this Consent Decree, the Court's jurisdiction of this matter shall terminate unless the parties show good cause for the continuance of this Consent Decree.

The undersigned hereby consent to the foregoing Consent Decree.

Dated: _____, 2006

Plaintiff Patrick Connally, individually and as President of Plaintiff Disability Rights Enforcement, Education Services

Dated: 5/17, 2006

Defendant Matthew Caviglia, as trustee of the Ronald & Nanci Caviglia 2003 Revocable Trust

Dated: _____, 2006

Myung Shin Kim

Dated: _____, 2006

Hye Seo Kim

**APPROVED AS TO FORM:**

Dated: _____, 2006

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____
Jennifer L. Steneberg
Attorney for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

///

## X. TERMINATION AND SATISFACTION

A. Upon defendants completion of the work to be performed, as specified, pursuant to this Consent Decree, the Court's jurisdiction of this matter shall terminate unless the parties show good cause for the continuance of this Consent Decree.

The undersigned hereby consent to the foregoing Consent Decree.

Dated: _____, 2006

Plaintiff Patrick Connally, individually and as President of Plaintiff Disability Rights Enforcement, Education Services

Dated: 5/17, 2006

Defendant Matthew Caviglia, as trustee of the Ronald & Nanci Caviglia 2003 Revocable Trust

Dated: 5/25, 2006

Myung Shin Kim

Dated: 5/25, 2006

Hye Seo Kim

**APPROVED AS TO FORM:**

Dated: _____, 2006

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____
Jennifer L. Steneberg
Attorney for Plaintiffs PATRICK CONNALLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

///

| | | |
|---|---|---|
| 1 | Dated: 5/22, 2006 | GEARY SHEA O'DONNELL & GRATTON |
| 2 | | |
| 3 | | By: *signature* |
| 4 | | John Alexander Holdredge<br>Attorneys for Defendant MATTHEW CAVIGLIA |
| 5 | Dated: _____, 2006 | BEYERS COSTIN |
| 6 | | |
| 7 | | By: _____ |
| 8 | | Stephen Duane Perry<br>Attorneys for Defendants MYUNG SHIN KIM and HYE SEO KIM |

**ORDER**

IT IS SO ORDERED.

Dated: _____, 2006

_____
Hon. Joseph C. Spero
United States Magistrate Judge

CONSENT DECREE

7

| | |
|---|---|
| 1   Dated: _____, 2006 | GEARY SHEA O' DONNELL & GRATTON |
| 2 | |
| 3 | By: _____ |
| 4 | John Alexander Holdredge<br>Attorneys for Defendant MATTHEW CAVIGLIA |
| 5   Dated: May 25, 2006 | BEYERS COSTIN |
| 6 | |
| 7 | By: */s/* |
| 8 | Stephen Duane Perry<br>Attorneys for Defendants MYUNG SHIN KIM and |
| 9 | HYE SEO KIM |
| 10 | |
| 11 | **ORDER** |
| 12   **IT IS SO ORDERED.** | |
| 13 | |
| 14   Dated: May 31, 2006 | _____/s/_____ |
| 15 | Hon. Joseph C. Spero<br>United States Magistrate Judge |

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

CONSENT DECREE     7